AO 440 (Rev. 10/93) Summons in a Civil Action

03-944

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>

DATE: June 11 2003

NAME OF SERVER (PRINT): Don A. Frederick

TITLE: Private Investigator

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: David George 9613 Hillsboro Dr., Shreveport, LA. 71118

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 11, 2003

Signature of Server: Don A. Frederick

Address of Server: P.O. Box 82064 Lafayette, LA. 70598

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JUN 23 2003
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY



(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Louisiana-Lafayette Division

DIRECTV, Inc.
Plaintiff
V.

MARCELLA E. GEMMELL, JOHN BRIERY, DAVID COPIA, KAREN CREWS, FRANCIS DEROUEN, DAVID GEORGE, and STEPHEN GORDON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV03-0944 L-O

JUDGE MELANÇON

MAGISTRATE JUDGE METHVIN

TO: (Name and address of Defendant)

DAVID GEORGE, 9613 Hillsboro Drive, Shreveport, LA 71118

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine M. Loos
Briney & Foret
413 Travis Street
P.O. Drawer 51367
Lafayette, LA 70505-1367

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK             MAY 2 2 2003

CLERK                                  DATE

_[signature]_

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 11, 2003 |
| NAME OF SERVER *(PRINT)* Don A. Frederick | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: __Stephen T. Gordon 5105 Hearne Ave., Shreveport, LA.__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __June 11, 2003__      __[signature]__
              Date                                Signature of Server

__P.O. Box 82064      Lafayette, LA. 70598__
Address of Server

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JUN 2 3 2003

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Western District of Louisiana-Lafayette Division

DIRECTV, Inc.
Plaintiff
V.

MARCELLA E. GEMMELL, JOHN BRIERY, DAVID COPIA, KAREN CREWS, FRANCIS DEROUEN, DAVID GEORGE, and STEPHEN GORDON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **CV03-0944 L-O**

JUDGE MELANÇON

MAGISTRATE JUDGE METHVIN

TO: (Name and address of Defendant)

STEPHEN GORDON, 5490 Keithville Springridge Road, Keithville, LA 71047

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine M. Loos
Briney & Foret
413 Travis Street
P.O. Drawer 51367
Lafayette, LA 70505-1367

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT H. SHEMWELL, CLERK

CLERK

(By) DEPUTY CLERK

DATE   MAY 2 2 2003